

## United States District Court
## Eastern District of California

| GURPREET SINGH JOSSAN A#45-442-699 |
| --- |

Plaintiff(s)

Case Number: | 1:26-cv-03898-DAD-JDP |

V.

| ACTING FIELD OFFICE DIRECTOR, ET AL |
| --- |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

**26 Court St, Suite 1917, Brooklyn, NY 11242**

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

**KEREN OHANA** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

**GURPREET JOSSAN**

On **05/27/2010** (date), I was admitted to practice and presently in good standing in the **APPELLATE DIV. OF THE SUPREME COURT OF NY** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[X] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

**Avtar Singh v. Acting Filed office director, et al; Case no 1:26-CV-00650-DC-JDP; filed on 01/26/26**

**Momi v. Acting Filed office director, et al; Case no 1:26-CV-007000-TLN-AC; filed on 01/27/26**

Date: **05/20/2026**

Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | **KEREN OHANA** |
| Law Firm Name: | **LAW OFFICE OF KEREN OHANA** |
| Address: | **26 COURT ST, STE 191Y** |

City: **BROOKLYN**    State: **NY**    Zip: **07087**

Phone Number w/Area Code: **(917) 482-280**

City and State of Residence: **Brooklyn, New York**

Primary E-mail Address: **Kerenohanaesq@gmail.com**

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | **Nicolette Glazer** |
| Law Firm Name: | **Law office of Larry L Glazer** |
| Address: | **2121 Avenue of the Stars, 8th floor** |

City: **CENTURY CITY**    State: **CA**    Zip: **90067**

Phone Number w/Area Code: **(310)735-3478**    Bar # 209713

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 4, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE